UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LOUIS BRADY, JR. (#304523)

VERSUS

SID J. GAUTREAUX, ET AL

CIVIL ACTION

NO. 09-947-RET

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated October 20, 2011. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's Motion for Summary Judgment (rec.doc. 33) is denied and the Motion to Dismiss filed by Sid J. Gautreaux, III, and Dennis Grimes (rec. doc. 29) is granted, dismissing the plaintiff's claims asserted against these defendants, with prejudice.

Further, this matter is referred back to the United States Magistrate for further proceedings.

Baton Rouge, Louisiana, February 17, 2011.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA