UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LOUIS BRADY, JR. (#304523)

VERSUS

SID J. GAUTREAUX, ET AL

CIVIL ACTION

NO. 09-947-RET

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated March 16, 2011, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's claims asserted against the defendant identified as "C. Ron" or "C. Rond" are dismissed for failure of the plaintiff to serve this defendant within 120 days as mandated by Rule 4(m) of the Federal Rules of Civil Procedure. Further, the Motion to Dismiss of defendant Charles Bridges, rec.doc.no. 38, is denied. The Court declines to exercise supplemental jurisdiction over the plaintiff's state law claims and this action be referred back to the United States Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, May 9th, 2011.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA