UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LOUIS BRADY, JR. (#304523)

VERSUS

SID J. GAUTREAUX, ET AL.

CIVIL ACTION

NO. 09-947-JJB-CN

RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated October 26, 2011 (doc. no. 53) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Motion for Summary Judgment (doc. no. 51) is DENIED, and the defendant's Motion for Summary Judgment (doc. no. 50) is GRANTED, dismissing the plaintiff's claims asserted against the defendant, with prejudice, and this action is DISMISSED.

Baton Rouge, Louisiana, this 15th day of December, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA